UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIME HICKSON, 24252-077, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:06-CV-0159-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:93-CR-054-G |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that petitioner's motion for relief from judgment pursuant to FED. R. CIV. P. 60(b) is **DENIED**.

March 22, 2010.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**